# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | CRIMINAL NO.   11-00046-CB |
| | * |
| CALEB R. ADAMS | |
| | * |
| Defendant. | * |

## MOTION TO DISMISS

COMES NOW the Defendant, by and through his undersigned counsel, and hereby moves to dismiss the indictment on the following grounds:

1. The offense referenced in count two of the indictment, to-wit: Theft of Property 1st Degree and Criminal Trespass 2nd Degree, is not a conviction under Alabama law, but a Youthful Offender adjudication for which the Defendant was sentenced to probation.

2. 18 U.S.C. § 922(g)(1) states that it shall be unlawful for any person "(1) who has been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year" to possess a firearm.

3. 18 U.S.C. § 921(a)(20)(B) provides that what constitutes a "crime

punishable by imprisonment for a term exceeding one year" shall be determined "in accordance with the law of the jurisdiction in which the proceedings were held."

4. Under Alabama law, a youthful offender adjudication is not a conviction and is not a conviction of a crime punishable by imprisonment for a term exceeding one year. Ala. Code § 15-19-7(a).

5. This indictment and the underlying statute under which it is brought also contravene the Defendant's right to possess a firearm under the Second Amendment. *See District of Columbia v. Heller*, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008); U.S. CONST. Amend. 2.

WHEREFORE, premises considered, this indictment must be dismissed.

Respectfully submitted,

*/s/Christopher Knight*
Christopher Knight
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

Counsel for Caleb R. Adams

## CERTIFICATE OF SERVICE

I do hereby certify that I have electronically served a true and correct copy of the foregoing pleading upon A.U.S.A. Gregory A. Bordenkircher on this the 30th day of March, 2011.

>                             /s/Christopher Knight
>                             Christopher Knight